# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA JO LEMASTER, TERRI JO LEMASTER, and PEGGY MCCOMAS, ) ) ) Plaintiffs, ) ) v. ) ) ALTERNATIVE HEALTHCARE SOLUTIONS, ) INC., and MICKEY RUGGIERO, ) ) Defendants. ) | Civil No. 3:08-1101<br>Judge Trauger<br>Magistrate Judge Brown |

## **O R D E R**

On April 30, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 36), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Set Aside Entry of Default (Docket No. 19) is **DENIED**, the Motion For Default Judgment as to Alternative Healthcare Solutions, Inc. (Docket No. 25) is **DENIED,** and The Motion to Dismiss (Docket No. 31) is **DENIED**.

This case is returned to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 12th day of June 2009.

_____
ALETA A. TRAUGER
U.S. District Judge