IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA JO LEMASTER,<br>TERRI JO LEMASTER, and<br>PEGGY MCCOMAS, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Case No. 3:08-1101<br>Judge Trauger |
| ALTERNATIVE HEALTHCARE<br>SOLUTIONS, INC.,<br>MICKEY RUGGIERO, GIA RUGGIERO,<br>VOLUNTEER STAFFING, INC.,<br>HOME HEALTH CARE OF MIDDLE<br>TENNESSEE, LLC, and<br>BALEY ALLRED, III, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by plaintiffs Patricia Jo LeMaster, Terri Jo LeMaster, and Peggy McComas (Docket No. 61), is **GRANTED IN PART** and **DENIED IN PART**. Summary Judgment is hereby **GRANTED** in favor of the plaintiffs on their claims against defendants Alternative Healthcare Solutions, Inc., Gia Ruggiero, and Mickey Ruggiero. The computation of damages is premature at this point and will be determined at or after trial, because it remains unclear which parties will be jointly and severally liable. The remainder of the plaintiffs' motion is **DENIED**.

It is so ordered.

Entered this 21st day of June 2010.

_____
ALETA A. TRAUGER
United States District Judge